IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
JUN 8 2021
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:21CR278-RAH-SMD |
| | ) | [18 U.S.C. § 2250] |
| STEVEN DINKLE | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
[Failure to Register as a Sex Offender]

From on or about February 8, 2021, and continuing to on or about April 7, 2021, in Dale County, within the Middle District of Alabama, and elsewhere, the defendant,

STEVEN DINKLE,

an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register as a Sex Offender as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

*/s/ Foreperson*
Foreperson

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

*/s/ Brandon W. Bates*
Brandon W. Bates
Assistant United States Attorney